UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARLES JACKSON,** <br> **Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00206-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JAMES LEBLANC, ET AL,** <br> **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 8], and after a *de novo* review of the record, noting the absence of objection, having determined that the Magistrate Judge's findings are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 3] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 13th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE